**Order entered October 5, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-01179-CV

### IN RE MICHAEL C. WADE, Relator

**Original Proceeding from the 397th Judicial District Court**
**Grayson County, Texas**
**Trial Court Cause No. 046500**

## ORDER
Before Justice Lang-Miers, Evans and Whitehill

Based on the Court's opinion of this date, we **DISMISS** the petition for writ of habeas

corpus.  We **ORDER** relator to bear the costs of this original proceeding.


/s/      ELIZABETH LANG-MIERS
JUSTICE